FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SA-08-246 M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     vs.<br><br>Kendrick, Donald<br><br>        Defendant. | Case No.: SA 08-246 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _District of Oregon_, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown; bail resources unknown; nature of allegations which evid a lack of amenability_

1  to supervision; use of multiple personal identifiers;
2  unknown substance abuse history; FTA history;
3  and/or prob/parole viol. history

4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on ___extensive criminal history
8       record___

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: 5/29/08

    ROBERT N. BLOCK
    UNITED STATES MAGISTRATE JUDGE

Page 2 of 2